OFFICE OF DISCIPLINARY
COUNSEL, Petitioner

v.

Walter STENHACH, Respondent.

No. 626 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Nov. 25, 2002.

## ORDER

PER CURIAM.

AND NOW, this 25th day of November, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 26, 2002, Respondent's Objections and Exceptions and Reply thereto, it is hereby

ORDERED that Walter Stenhach be and he is suspended from the Bar of this Commonwealth for a period of nine months, and he shall comply with all of the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

---

Nancy B. MAHER, Respondent

v.

Joseph P. MAHER, Petitioner.

Supreme Court of Pennsylvania.

Dec. 18, 2002.

## ORDER

PER CURIAM.

AND NOW, this 18th day of December, 2002, the Petition for Allowance of Appeal is granted, limited to

Whether the trial court abused its discretion or committed an error of law compelling Petitioner to pay for Respondent's medical coverage, contrary to Pa. R.C.P.1910.16–6(b)(2); and

Whether the trial court abused its discretion or committed an error of law in determining both the amount and the time period of pro-ration of Respondent's inheritance income in determining Respondent's net monthly income.